NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JASMINE CRANDALL, DOC #T94085,    )
                                  )
            Appellant,            )
                                  )
v.                                )     Case No. 2D18-2721
                                  )
STATE OF FLORIDA,                 )
                                  )
            Appellee.             )
_____   )

Opinion filed April 24, 2019.

Appeal from the Circuit Court for
Hillsborough County; Nick Nazaretian,
Judge.

Howard L. Dimmig, II, Public Defender,
and Robert D. Rosen, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

        We affirm the revocation of Ms. Crandall's probation and the resultant

sentence without comment.  Because the written sentence contains a single designation

of credit ("Credit for Time Served: 72 Days (INCLUDING PRIOR PRISON CREDIT)")

without delineating the jail credit to which she is entitled from the prison credit that the

trial court also awarded, we remand only for the limited purpose of the entry of a new

written sentence distinguishing between the jail and prison credit awards and clarifying that the calculation of the prison credit is to be calculated by the Department of Corrections.  See Rowan v. State, 779 So. 2d 417, 418 (Fla. 2d DCA 2000) ("This appears to be a scrivener's error that combines jail and prison credit. . . .  The trial court need not calculate prison credit so long as the trial court checks the standard box allowing all appropriate prior prison credit.").

Affirmed; remanded.

SILBERMAN, LUCAS, and SALARIO, JJ., Concur.